UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D. ROSS, *et al.*,

    Plaintiffs,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

CASE NO. 2:19-cv-01125-JCC-JRC

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES

This matter is before the Court on the parties' stipulated motion to extend deadlines in light of the COVID-19 outbreak. *See* Dkt. Having considered the parties' motion and finding good cause thereof, the Court amends the scheduling order in this matter (Dkt. 15) as follows:

| | |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | July 3, 2020 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | August 7, 2020 |
| Rebuttal expert disclosures | September 4, 2020 |

| | |
|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | |
| Date for completion of discovery per LCR 16 | October 23, 2020 |
| Last date to file dispositive motions per LCR 7(d) | November 20, 2020 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | November 20, 2020 |
| Mediation per LCR 39.1(c) held no later than | December 18, 2020 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the third Friday after filing per LCR 7(d). Motions in limine raised in trial briefs will not be considered. | January 22, 2021 |
| Agreed LCR 16.1 Pretrial Order due | March 24, 2021 |
| Trial briefs, proposed voir dire, jury instructions and exhibits | March 26, 2021 |
| Jury trial commences (five to seven days) | April 5, 2021 |

Unless amended herein, the scheduling order previously entered in this matter remains in force. *See* Dkt. 15.

Dated this 19th day of May, 2020.

_____
J. Richard Creatura
United States Magistrate Judge